UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD WILLIAM WRIGHT,

        Petitioner,

   v.

KARIN ARNOLD,

        Respondent.

Case No. 2:24-cv-01885-RSM-TLF

ORDER

Having reviewed the Report and Recommendation of the Honorable Theresa L. Fricke, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    Petitioner's motion for an order to show cause (Dkt. 14) is DENIED.

    (3)    Petitioner's original claim, raised in his petition, challenging the alleged amendment of the sanction for community custody violations from the 743 days originally imposed by the Hearing Officer to 1,108 days is DISMISSED as moot.

ORDER - 1

(4)    Petitioner claim, raised in traverse, that his 245-month sentence plus community custody term exceeds the statutory maximum for his crime is DISMISSED without prejudice as unexhausted.

(5)    Issuance of the certificate of appealability (COA) is DENIED.

(6)    The Clerk is directed to provide a copy of this order to petitioner, counsel for respondent, and Judge Fricke.

Dated this 1st day of July, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2